**Opinion issued November 14, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-12-00884-CV

———————————

**JAMES P. BURNS, Appellant**

**V.**

**PAUL M. SIMON, INDIVIDUALLY, AND BRAD LIVINGSTON, EXECUTIVE DIRECTOR OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE-CID, Appellees**

On Appeal from the 412th District Court
Brazoria County, Texas
Trial Court Case No. 69146I

## MEMORANDUM OPINION

Appellant, James P. Burns, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellant

did not respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Massengale.